**UNITED STATES of America, Appellee,**

v.

**John Douglas WILES, Appellant.**

**No. 8568.**

United States Court of Appeals Fourth Circuit.

Argued May 30, 1962.

Decided June 5, 1962.

Herbert A. Wallace, Asheville, N. C. (Court-assigned counsel), for appellant.

Frank Eaton, Asst. U. S. Atty. (Harry G. Camper, Jr., U. S. Atty., on brief), for appellee.

Before BRYAN and BELL, Circuit Judges, and BARKSDALE, District Judge.

PER CURIAM.

The judgment of the District Court is affirmed on the opinion of the District Judge, 198 F.Supp. 177 (September 30, 1961).

Affirmed.

**Nicholas J. CALLA, Appellant,**

v.

**J. T. WILLINGHAM, Warden, United States Penitentiary, Lewisburg, Pennsylvania.**

**No. 13847.**

United States Court of Appeals Third Circuit.

Argued April 23, 1962.

Decided June 4, 1962.

Nicholas J. Calla, pro se.

Bernard J. Brown, U. S. Atty., Harry A. Nagle, Jr., Asst. U. S. Atty., Scranton, Pa., for appellee.

Before HASTIE, FORMAN and SMITH, Circuit Judges.

PER CURIAM.

This is an appeal by a federal prisoner from the action of the sentencing court in denying him extraordinary relief sought under Section 2255 of Title 28, United States Code. Upon consideration of the entire record we are satisfied that the court below did not err in denying appellant the extraordinary relief he has sought.

The judgment will be affirmed.